UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMON KENNEDY, <br><br> Petitioner, <br><br> v. <br><br> THE DISTRICT ATTORNEY OF THE COUNTY OF CHESTER; and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA; <br> Respondents. | No. 2:16-cv-02254 |

# **O R D E R**

**AND NOW**, this 30th day of November, 2017, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Kennedy's objections, ECF No. 10, to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, ECF No. 9, is **APPROVED and ADOPTED**;

3. The amended petition for writ of habeas corpus, ECF No. 2, is **DISMISSED WITH PREJUDICE**;

5. This case is **CLOSED**; and

6. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

113017